IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**FILED**

JUN 1 1 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **I N D I C T M E N T** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. **1 : 25 CR 0 0 2 9 1** |
| | ) | Title 18, United States Code |
| AQTIKUA HENDERSON, | ) | Section 922(a)(6), 924(a)(2) |
| | ) | |
| Defendant. | ) | **JUDGE NUGENT** |

COUNT 1

(Making a False Statement in Acquisition of Firearms, 18 U.S.C. §§ 922(a)(6) and 924(a)(2))

The Grand Jury charges:

On or about April 29, 2022, in the Northern District of Ohio, Eastern Division, Defendant AQTIKUA HENDERSON, in connection with the acquisition of firearms, to wit: a HS Produkt, imported by Springfield Armory, Model Hellcat, 9mm caliber, semi-automatic pistol, serial number BA755696, and a Smith & Wesson, Model M&P 9 Shield, 9mm caliber, pistol, serial number JNX6588, from Fin Feather and Fur Outfitters – Middleburg Heights, 18030 Bagley Road, Middleburg Heights, Ohio, a federally licensed dealer of firearms, did knowingly make and caused to be made false and fictitious statements, intended and likely to deceive said dealer with respect to facts material to the lawfulness of the sale and acquisition of said firearms under provisions of Chapter 44, Title 18 of the United States Code, in that AQTIKUA HENDERSON, did knowingly state and represent on Federal Firearms Transaction Records, those are, ATF Forms 4473, that AQTIKUA

HENDERSON was the actual buyer of said firearms, when in fact, she was not the actual buyer of the firearms, in violation of Title 18, United States Code, Sections 922(a)(6).

A TRUE BILL.

Original document   - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.